SEALED

**FILED**

MAR 0 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER AUTHORIZING THE DISCLOSURE OF BILLING, SUBSCRIBER, PAYMENT, AND REAL-TIME CELL SITE INFORMATION | NO. 2:08-SW-0090 EFB<br><br>ORDER<br><br>**UNDER SEAL** |

This matter has come before the Court pursuant to an Application under 18 U.S.C. §§ 3122 and 2703 by Ellen V. Endrizzi, an attorney of the United States Department of Justice. The Application requests an order authorizing the release of real-time cell site information for the cellular telephone currently identified by telephone number **786-201-9106**, hereinafter **786-201-9106**, and directing T-Mobile, Nextel Communications, MetroPCS Inc., AT&T Wireless Services Inc., Sprint Spectrum, L.P., Cingular Wireless, Verizon Wireless, GTE Wireless Inc., VIA Wireless Services, Pacific Bell Telephone Company, SBC, AT&T, GTE, U.S. Sprint, MCI, Citizens Utilities, and any other involved telephone company, to disclose certain related subscriber, billing, and payment information. The Court finds that the applicant has certified and shown that the information likely to be obtained by the requested use and disclosure is relevant to a legitimate ongoing criminal investigation into possible violations of 18 U.S.C. §§ 1341, 371, 1956(h).

The Court further finds that the United States has made a showing that there is reason to believe that notification or

1 disclosure by T-Mobile, Nextel Communications, MetroPCS Inc.,
2 AT&T Wireless Services Inc, Sprint Spectrum L.P., Verizon
3 Wireless, GTE Wireless Inc., VIA Wireless Services, Pacific Bell
4 Telephone Company, AT&T, GTE, U.S. Sprint, MCI, Citizens
5 Utilities, and any other involved telephone company, of the
6 request for cell site, subscriber, billing, payment, and other
7 relevant information will cause the subjects to flee to avoid
8 prosecution.

9     IT APPEARING that the real-time cell site and other
10 subscriber information for cellular telephone number **786-201-9106**
11 and any other telephone numbers subsequently assigned to the same
12 IMEI/ESN within the 60-day period, are relevant to an ongoing
13 criminal investigation of the specified offenses,
14 THE FOLLOWING IS HEREBY ORDERED:

15     1.  Pursuant to 18 U.S.C. § 3123(b)(2), T-Mobile shall
16 furnish agents of the FBI or other designated law enforcement
17 agency forthwith all information, facilities, and technical
18 assistance necessary to receive real-time cell site data
19 unobtrusively and with minimum interference with the services
20 that are accorded persons with respect to whom the extension and
21 use is to take place;

22     2.  Pursuant to 18 U.S.C. § 2703(d), T-Mobile shall furnish
23 agents of the FBI or other designated law enforcement agency with
24 notice of any change in service involving telephone number
25 **786-201-9106**, all billing records and payment records for
26 telephone number **786-201-9106** on a continuing basis for a period
27 of sixty (60) days from the date of this Court's Order;
28

1      3.   Pursuant to 18 U.S.C. § 2703(d), T-Mobile Cingular
2  Wireless, Nextel Communications, MetroPCS Inc., AT&T Wireless
3  Services Inc., Sprint Spectrum, L.P., Verizon Wireless, GTE
4  Wireless Inc., VIA Wireless Services, Pacific Bell Telephone
5  Company, SBC, AT&T, GTE, U.S. Sprint, MCI, Citizens Utilities,
6  and any other involved telephone companies shall furnish agents
7  of the FBI or other designated law enforcement agency with
8  complete subscriber information, including ESN numbers, for
9  cellular telephone number **786-201-9106**. This authorization shall
10 apply not only to **786-201-9106** but also to any other telephone
11 numbers subsequently assigned to the same IMEI/ESN within the 60-
12 day period;
13     4.   Pursuant to 18 U.S.C. §§ 2703(d) and 3123, Cingular/AT&T
14 shall provide agents of the FBI with cell site information for
15 the beginning and termination of each call made or received by
16 the cellular telephone identified by number **786-201-9106**, or any
17 other telephone numbers subsequently assigned to the same
18 IMEI/ESN on a continuing basis for sixty (60) days from the date
19 of the Court's Order. **The telephone companies shall also provide**
20 **geographic analysis information regarding cell sites used,**
21 **sectors, direction and strength of signals, and corresponding**
22 **antenna information, including configuration (omni directional or**
23 **sectorized sector orientation), control channels used, and the**
24 **address and latitude/longitude of antennas, and any other**
25 **information necessary to identify the precise operating**
26 **location of the subject telephone. The telephone companies shall**
27 **provide real time cellular tower registration information for**
28

1 | **subject telephone number, 786-201-9106, but not the contents of**
2 | **any communication;**
3 |     5.   T-Mobile shall be compensated by the government for
4 | reasonable expenses incurred in providing facilities and
5 | technical assistance in connection with the provision of
6 | information, including real-time cell site data; and
7 |     6.   Pursuant to 18 U.S.C. §§ 3123(d) and 2705(b), **this**
8 | **Order and the Application shall be SEALED** until otherwise ordered
9 | by the Court, and T-Mobile, Cingular/AT&T, Nextel Communications,
10 | MetroPCS Inc., AT&T Wireless Services, Sprint Spectrum, L.P.,
11 | Verizon Wireless, GTE Wireless Inc., VIA Wireless Services,
12 | Pacific Bell Telephone Company, SBC, GTE, U.S. Sprint, MCI,
13 | Citizens Utilities, and any other involved telephone company,
14 | shall not disclose the existence of the investigation or the
15 | request for subscriber, billing, cell site, and other relevant
16 | information to the listed subscribers, or to any other person,
17 | unless or until otherwise ordered by the Court.
18 | **IT IS SO ORDERED.**
19 | DATED: March _4_, 2008

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge