1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

**FILED**

MAR 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | No. 2:08-SW-90 EFB |
| ) | |
| APPLICATION FOR AN ORDER ) | **APPLICATION TO UNSEAL** |
| AUTHORIZING THE DISCLOSURE ) | **AND [proposed] ORDER** |
| OF BILLING, SUBSCRIBER, AIR ) | |
| TIME, AND REAL-TIME CELL ) | |
| SITE INFORMATION ) | |

On March 4, 2008, this Court issued warrant number 2:08-SW-90 EFB and sealed it and its supporting documents until further order of the Court. Recently, a federal grand jury issued two indictments relating to this matter, case numbers 2:08-cr-93 FCD and 2:08-cr-116 LKK, and the primary defendant, Charles Head, has been arrested. The United States now respectfully requests that the above-captioned file

///
///
///
///
///
///

1

1  be unsealed so that its contents may be revealed in discovery.
2  Dated: March 24, 2008

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Ellen V. Endrizzi
                              ELLEN V. ENDRIZZI
                              Assistant U.S. Attorney


## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in case number 2:08-SW-90 EFB is GRANTED.

DATED: March 24, 2008

                              /s/ Edmund F. Brennan
                              HONORABLE EDMUND F. BRENNAN
                              United States Magistrate Judge